[48 NE3d 960, 28 NYS3d 679]

DOUGLAS L. LEIGHT et al., Plaintiffs, and JOHN H. MASTEN, Appellant, v W7879 LLC et al., Respondents.

Decided March 24, 2016

### APPEARANCES OF COUNSEL

*Collins, Dobkin & Miller LLP*, New York City (*Seth A. Miller* of counsel), for appellant.

*Kucker & Bruh, LLP*, New York City (*Patrick K. Munson* of counsel), for respondents.

*Himmelstein, McConnell, Gribben, Donoghue & Joseph*, New York City (*Ronald S. Languedoc* of counsel), for Metropolitan Council on Housing, amicus curiae.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and certified question not answered upon the ground that it is unnecessary. Plaintiff John H. Masten

failed to establish that his apartment, which was deregulated in 2000 by an unchallenged order of the Division of Housing and Community Renewal, became re-regulated when he executed a renewal lease at market rate.

Concur: Chief Judge DiFIORE and Judges PIGOTT, RIVERA, ABDUS-SALAAM, STEIN, FAHEY and GARCIA.